THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Carolyn Lubenau, | IN ADMIRALTY |
|---|---|
| Plaintiff, | No. 3:21-cv-05253- RJB |
| v. | **NOTICE OF RELATED CASE** |
| JEFFREY FRENETTE and PREMIER GUIDE SERVICE, LLC | |
| Defendants. | |

Pursuant to Local Civil Rule 3(g), Markel American Insurance Company provides the following notice of related case:

| COURT | CAPTION | CAUSE NO. | DATE FILED |
|---|---|---|---|
| U.S. District Court for the United States District Court for the Western District of Washington | In the Matter of the Complaint of VIP Outdoors Inc for Exoneration from or Limitation of Liability as Owner of a 28' Willie M/V Nemesis | **3:21-cv-05132** | 02/22/2021 |

The above-referenced case is related to the instant action because it concerns substantially the same event: the August 24, 2020 collision of vessel NEMESIS, Oregon

NOTICE OF RELATED CASE- 1
No. 3:21-cv-05253

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

registration OR 849 AFE, with a 2015 Alumaweld Super Vee, HIN AWB25334B515, owned by Carolyn Lubenau and insured by Markel American Insurance Company.

DATED this 9th day of April, 2021.

NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Markel American Insurance Company, as subrogee of Carolyn Lubenau*

NOTICE OF RELATED CASE- 2
No.  3:21-cv-05253

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555